# Commonwealth of Massachusetts

SUFFOLK, ss.



FILED
IN CLERKS OFFICE
2004 MAY 25 P[IV:]38

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-0764

Edward R. Ellies , Plaintiff(s)

v.

County of Suffolk , Defendant(s)

## SUMMONS

To the above-named Defendant: County of Suffolk

You are hereby summoned and required to serve upon Robert H. Tobin, Jr. plaintiff's attorney, whose address is 735 South St., Roslindale, MA 02131 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 18th day of March , in the year of our Lord two thousand four .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

May 5, 2004

I hereby certify and return that on 4/6/2004 at 10:25:00 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to M.Wise,Recep, agent, person in charge at the time of service for County of Suffolk, at c/o Mayor Thomas Menino, 1 City Hall Square, Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff   John Cotter

*/s/ John Cotter*
Deputy Sheriff

**N.B.   TO PROCESS SERVER:—**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

_____ , 200\_\_

---

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-0762

Edward R. Ellies , Plff(s)

v.

County of Suffolk , Deft(s)

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-0764



Edward R. Ellies _____, Plaintiff(s)

v.

County of Suffolk _____, Defendant(s)

## SUMMONS

To the above-named Defendant:   County of Suffolk

You are hereby summoned and required to serve upon  Robert H. Tobin, Jr.

plaintiff's attorney, whose address is 735 South St., Roslindale, MA 02131, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 5th day of March, in the year of our Lord two thousand four.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

LAW OFFICE

**TOBIN AND TOBIN, P.C.**

ROBERT H. TOBIN, JR.
MICHAEL J. TOBIN

735 SOUTH STREET
ROSLINDALE, MA 02131-1705

TEL. (617) 325-1010
FAX (617) 325-1055

FILED IN CLERKS OFFICE
2004 MAY 25 P 1:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

May 21, 2004

Clerk, Civil Business
United States District Court
1 Courthouse Way
Boston, MA 02210

**RE: EDWARD R. ELLIES**
**VS. COUNTY OF SUFFOLK**
     Civil No. 04-CV-10836-RGS

Dear Sir or Madam:

Please find enclosed the following:

1. Copies of two (2) SUMMONSES with returns of service; the originals of which were filed with the Suffolk Superior Court prior to the removal of this case to the United States District Court.

Kindly file the same on our behalf.

Thank you.

Sincerely,

ROBERT H. TOBIN, JR.

RHT/wn
Enclosures
cc: Ellen M. Caulo, Esq.